0008-3C-EPIE3C-00070332-7689424

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

In re:  STEVEN SHELBY  
      FAITH SHELBY  
      Debtor(s)

Case No.: 10-43757-HJB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Denise M. Pappalardo, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  07/28/2010.
2) The plan was confirmed on  08/25/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  09/13/2011, 10/03/2011.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  09/05/2012.
6) Number of months from filing or conversion to last payment:  23.
7) Number of months case was pending:  26.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  105,313.58.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $14,490.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $14,490.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,053.78 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $1,053.78 |
| Attorney fees paid and disclosed by debtor: | $2,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE LP | Unsecured | 127.31 | 334.19 | 334.19 | 20.75 | .00 |
| BANK OF AMERICA | Secured | 326,586.28 | NA | NA | .00 | .00 |
| CANDICA, LLC | Unsecured | 5,788.94 | 5,788.94 | 5,788.94 | 359.04 | .00 |
| CANDICA, LLC | Unsecured | 13,612.36 | 13,979.61 | 13,979.61 | 867.05 | .00 |
| CAPITAL RECOVERY IV, LLC | Unsecured | NA | 7,341.93 | 7,341.93 | 455.36 | .00 |
| CAPITAL RECOVERY IV, LLC | Unsecured | NA | 9,111.95 | 9,111.95 | 565.14 | .00 |
| CAPITAL RECOVERY IV, LLC | Unsecured | NA | 14,837.45 | 14,837.45 | 920.26 | .00 |
| CAPITAL RECOVERY IV, LLC | Unsecured | NA | 9,591.52 | 9,591.52 | 594.89 | .00 |
| CAPITAL RECOVERY IV, LLC | Unsecured | NA | 7,187.30 | 7,187.30 | 445.77 | .00 |
| CAPITAL RECOVERY IV, LLC | Unsecured | 19,973.13 | 20,012.13 | 20,012.13 | 1,241.15 | .00 |
| CARDIOLOGY CONSULTANTS OF CENT | Unsecured | 164.88 | NA | NA | .00 | .00 |
| CHASE BANK | Unsecured | 12,383.40 | 12,383.40 | 12,383.40 | 768.04 | .00 |
| CHASE BANK | Unsecured | 15,912.00 | 15,912.88 | 15,912.88 | 986.93 | .00 |
| CITIBANK | Secured | 8,536.31 | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 7,934.02 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

In re: STEVEN SHELBY  
      FAITH SHELBY  
      Debtor(s)

Case No.: 10-43757-HJB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DISCOVER BANK | Unsecured | 11,634.54 | 11,634.54 | 11,634.54 | 721.60 | .00 |
| EAST BAY FUNDING, LLC | Unsecured | 9,908.94 | 10,195.30 | 10,195.30 | 632.33 | .00 |
| EAST BAY FUNDING, LLC | Unsecured | 7,154.86 | 7,372.53 | 7,372.53 | 457.26 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 7,205.13 | 7,454.92 | 7,454.92 | 462.37 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 7,934.00 | 7,934.02 | 7,934.02 | 492.09 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 11,763.97 | 11,763.97 | 11,763.97 | 729.62 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 9,771.18 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | Unsecured | 5,562.38 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA, N.A. | Unsecured | 2,326.15 | 3,538.02 | 3,538.02 | 219.44 | .00 |
| HSBC HOUSEHOLD BANK | Special | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 4,333.46 | 4,056.85 | 3,616.22 | 1,456.48 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 440.63 | 440.63 | 27.35 | .00 |
| MIDDLESEX SAVINGS BANK | Secured | 53,876.34 | 53,876.34 | 53,876.34 | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC. | Unsecured | 1,933.90 | 2,048.36 | 2,048.36 | 127.07 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 2,328.41 | 2,444.28 | 2,444.28 | 151.61 | .00 |
| MILFORD WHITINSVILLE REGIONAL HO | Unsecured | 172.62 | NA | NA | .00 | .00 |
| MILFORD WHITINSVILLE REGIONAL HO | Unsecured | 676.51 | NA | NA | .00 | .00 |
| MILFORD WHITINSVILLE REGIONAL HO | Unsecured | 689.19 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 10,333.60 | 10,596.34 | 10,596.34 | 657.21 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 669.94 | 798.18 | 798.18 | 49.52 | .00 |
| TERRY OIL EXPRESS | Unsecured | 458.91 | NA | NA | .00 | .00 |
| TERRY OIL EXPRESS | Unsecured | 772.00 | NA | NA | .00 | .00 |

0008-3C-EPIE3C-00070332-7689424

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### WORCESTER DIVISION

In re:  STEVEN SHELBY  
      FAITH SHELBY  
      Debtor(s)

Case No.: 10-43757-HJB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VERIZON | Unsecured | 449.41 | 449.41 | 449.41 | 27.89 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 53,876.34 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 53,876.34 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,616.22 | 1,456.48 | .00 |
| **TOTAL PRIORITY:** | 3,616.22 | 1,456.48 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 193,151.80 | 11,979.74 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,053.78 |
| Disbursements to Creditors: | $13,436.22 |
| **TOTAL DISBURSEMENTS:** | $14,490.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  09/28/2012       By:  /s/Denise M. Pappalardo  
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.